**FILED**

JUN -9 2010

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                      )
                                            )
                                            )    Case No. 08 B 07673
STEPHANIE LORENZEN                          )
                                            )
                                            )
                                            )    Chapter 7
          Debtor.                           )
                                            )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO LEIBOWITZ N/K/A LAKELAW, ATTORNEYS FOR CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $2,412.50 | TOTAL COSTS REQUESTED: | $0.00 |
| TOTAL FEES REDUCED: | $180.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $2,232.50 | TOTAL COSTS ALLOWED: | $0.00 |

**TOTAL FEES AND COSTS ALLOWED: $2,232.50**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appears on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)     Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). See also *In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

**(2)     Trustee Work Can Not Be Compensated As Professional Services**

"The Trustee cannot effectively expand the maximum limits of Section 326(a) by hiring other people to perform his duties for him, whether they are paralegals, attorneys, accountants or other professional persons, and utilize the potentially unlimited scope of Section 330 as a basis for award of reasonable compensation." *Boldt v. United States Trustee (In re Jenkins)*, 130 F.3d 1335, 1341 (9th Cir. 1997) (quoting *In re Prairie Cent. Ry. Co.*, 87 B.R. 952, 959 (Bankr. N.D. Ill. 1988)).

Dated: June 9, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

Lakelaw
420 West Clayton Street
Waukegan, IL 60085-4216

Date:    5/18/2010

Regarding:  LorenzenStephanie.Legal
Invoice No:  05814

*Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| **Leg - Asset Disposition** | | | | | |
| 2/15/2010 | CAC | Review and revise Motion to Sell 2003 Volkswagen Passat | 0.40 | $300.00 | $120.00 |
| 2/15/2010 | MIG | Draft motion to sell equity in 2003 passat | 1.00 | $150.00 | $150.00 |
| 2/16/2010 | MIG | prepared to file Motion to authorize sell of equity on vehicle by printing docs. to pdf | 0.20 | $150.00 | $30.00 |
| 2/16/2010 | MIG | Electronically filed Motion to authorize sell of equity on vehicle | 0.40 | $150.00 | $60.00 |
| 3/10/2010 | JTB | Prepare and Attend Court Hearing RE: Motion to Approve Sale of Vehicle | 1.00 | $350.00 | $350.00 |
| Sub Total: Leg - Asset Disposition | | | | | $710.00 |
| **Leg - Case Administration** | | | | | |
| 1/15/2009 | NDT | Telephone conference with condominnium asssociation re: state of property title, bk procedure, and possible offer from nieghbor | 0.60 | $150.00 | $90.00 |
| **Leg - Claims Admin & Objections** | | | | | |
| 11/03/2009 | MIG | Draft objection to claim no. 2 | 0.50 | $100.00 | $50.00 |
| 11/13/2009 | VME | Prepared to filed objection to Claim 2 by printing docs to ppf. | 0.20 | $150.00 | $30.00 |
| 11/13/2009 | VME | Electronically filed objection to Claim 2 | 0.40 | $150.00 | $60.00 |
| 11/13/2009 | VME | Service of objection to Claim 2 | 0.20 | $150.00 | $30.00 |
| 12/15/2009 | JTB | Attend Hearing RE: Objection to Parent's proof of claim | 1.10 | $350.00 | $385.00 |
| 1/06/2010 | MIG | Draft amended objection to claim 2 | 0.50 | $100.00 | $50.00 |
| 1/07/2010 | MIG | Conference David re amended objection to claim. He'll review it later today | 0.10 | $100.00 | $10.00 |

EXHIBIT A

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/11/2010 | MIG | Prepared to file supplement to objection to claim No. 2 by printing to pdf | 0.20 | $100.00 | $20.00 |
| 1/11/2010 | MIG | Electronically filed supplement to objection to claim No. 2 and Notice of Filing | 0.40 | $100.00 | $40.00 |
| 1/11/2010 | MIG | Service of supplement to objection to claim No. 2 and Notice of Filing | 0.30 | $100.00 | $30.00 |
| 1/11/2010 | MIG | Prepared Notice of Filing for supplement on objection to claim | 0.20 | $100.00 | $20.00 |
| 1/11/2010 | MIG | Conference with CAC re filing supplement, and made revisions per review | 0.40 | $100.00 | $40.00 |
| 1/19/2010 | DPL | Attended to hearing on objection to claims | 0.50 | $625.00 | $312.50 |
| | | Sub Total: Leg - Claims Admin & Objections | | | $1,077.50 |

**Leg - Fee/Empl Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/30/2008 | CAC | Court - Motion to employ granted | 1.00 | $250.00 | $250.00 |
| 3/10/2010 | MIG | Review of billing in preparation of Fee app | 0.40 | $150.00 | $60.00 |
| 4/27/2010 | MIG | Prepared Coversheet for Lakelaw's fee application | 0.30 | $150.00 | $45.00 |
| 4/27/2010 | MIG | Review of Lakelaw's Fee Application | 0.40 | $150.00 | $60.00 |
| 4/27/2010 | MIG | Draft of Fee Application | 0.80 | $150.00 | $120.00 |
| 4/28/2010 | JPE | Revise fee application; phases for some items adjusted; email MIG to re-generate application for final review. | 0.20 | $250.00 | $50.00 |
| | | Sub Total: Leg - Fee/Empl Applications | | | $585.00 |

**Leg - Fee/Empl Objections**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/06/2010 | CAC | Review and revise Trustee's Application for Compensation | 0.40 | $300.00 | $120.00 |

| | | |
|---|---|---|
| | Total Fees | $2,582.50 |
| Previous Balance | | $0.00 |
| Balance Due | | $2,582.50 |

*Phase Table*

| Phase | Hours | Fees | Rate | Expenses | Charges |
|---|---|---|---|---|---|
| Leg - Asset Analysis & Discovery | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| Leg - Asset Disposition | 1.60 | $240.00 | 150.00 | $0.00 | $240.00 |
| Leg - Asset Disposition | 0.40 | $120.00 | 300.00 | $0.00 | $120.00 |
| Leg - Asset Disposition | 1.00 | $350.00 | 350.00 | $0.00 | $350.00 |
| Leg - Business Operations | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |