UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 08-07673 |
| | § | |
| STEPHANIE LORENZEN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $192,260.98 | Assets Exempt: | $6,939.00 |
| Total Distributions to Claimants: | $3,596.09 | Claims Discharged Without Payment: | $71,883.80 |
| Total Expenses of Administration: | $3,802.00 | | |

3) Total gross receipts of $7,398.09 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $7,398.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $190,879.00 | $5,500.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $3,982.00 | $3,802.00 | $3,802.00 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $74,433.13 | $40,621.49 | $34,621.49 | $3,596.09 |
| **Total Disbursements** | $265,312.13 | $50,103.49 | $38,423.49 | $7,398.09 |

4). This case was originally filed under chapter 7 on 03/31/2008. The case was pending for 29 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/15/2010      By:  /s/ David P. Leibowitz
                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Rents from property in MN | 1122-000 | $2,390.32 |
| 2003 Passat | 1129-000 | $4,000.00 |
| Roth Chase | 1129-000 | $1,000.00 |
| Interest Earned | 1270-000 | $7.77 |
| **TOTAL GROSS RECEIPTS** | | **$7,398.09** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-2 | Gary & Jennifer Lorenzen | 4110-000 | $11,500.00 | $5,500.00 | $0.00 | $0.00 |
| | Emmigrant Mortgage | 4110-000 | $160,862.00 | NA | $0.00 | $0.00 |
| | Franklin Credit | 4110-000 | $18,517.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$190,879.00** | **$5,500.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $1,489.72 | $1,489.72 | $1,489.72 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $79.78 | $79.78 | $79.78 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,412.50 | $2,232.50 | $2,232.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,982.00 | $3,802.00 | $3,802.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 7100-000 | $9,156.61 | $9,156.61 | $9,156.61 | $951.09 |
| 2 | Gary & Jennifer Lorenzen | 7100-000 | NA | $6,000.00 | $0.00 | $0.00 |
| 3 | US Bank/Retail Payment Solutions | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 4 | US Bank/Retail Payment Solutions | 7100-000 | $11,212.00 | $11,730.33 | $11,730.33 | $1,218.41 |
| 5 | American Express Centurion Bank | 7100-000 | $13,004.62 | $13,380.05 | $13,380.05 | $1,389.77 |
| 6 | Lakeway Place | 7100-000 | $201.50 | $354.50 | $354.50 | $36.82 |
|  | ACS Educational Services | 7100-000 | $19,858.40 | NA | NA | $0.00 |
|  | Bank of America | 7100-000 | $16,000.00 | NA | NA | $0.00 |
|  | FIA Card Services | 7100-000 | $5,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $74,433.13 | $40,621.49 | $34,621.49 | $3,596.09 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

Exhibit 8

| **Case No.:** | 08-07673 | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | LORENZEN, STEPHANIE | **Date Filed (f) or Converted (c):** | 03/31/2008 (f) |
| **For the Period Ending:** | 10/15/2010 | **§341(a) Meeting Date:** | 04/29/2008 |
| | | **Claims Bar Date:** | 08/29/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  3555 Aldrich Ave S, MPLS, MN 55408 | $179,900.00 | $520.05 | DA | $0.00 | FA |
| 2  cash on hand | $40.00 | $40.00 | DA | $0.00 | FA |
| 3  Checking | $2,000.00 | $780.00 | DA | $0.00 | FA |
| 4  Savings | $645.98 | $645.98 | DA | $0.00 | FA |
| 5  Tv, Electronics, furniture | $500.00 | $0.00 | DA | $0.00 | FA |
| 6  Art and books | $150.00 | $0.00 | DA | $0.00 | FA |
| 7  used clothing | $25.00 | $0.00 | DA | $0.00 | FA |
| 8  Jewelry | $100.00 | $0.00 | DA | $0.00 | FA |
| 9  401K Mesirow Financial | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 10  Roth Chase | $1,900.00 | $1,395.00 | DA | $1,000.00 | FA |
| 11  2003 Passat | $5,500.00 | $2,561.00 | DA | $4,000.00 | FA |
| 12  Rents from property in MN | Unknown | Unknown | DA | $2,390.32 | FA |
| **Asset Notes:**  Property in MN received rent since March 08 | | | | | |
| INT  Interest Earned                         **(u)** | Unknown | Unknown | | $7.77 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                       **Gross Value of Remaining Assets**

$192,260.98           $5,942.03                           $7,398.09           $0.00

**Major Activities affecting case closing:**

Need to liquidate car - $10,000 estimated value - $3500 exemptions.
Claims objection

TFR by 3/31/09

**Initial Projected Date Of Final Report (TFR):**   05/22/2009
**Current Projected Date Of Final Report (TFR):**   05/18/2010

Page No: 1
Case 08-07673    Doc 56    Filed 10/15/10    Entered 10/15/10 11:14:03    Desc Main
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document    Page 6 of 10
Exhibit 9

| Case No. | 08-07673 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | LORENZEN, STEPHANIE | | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******2871 | | | Money Market Acct #: | ******4165 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account |
| For Period Beginning: | 3/31/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********4165 | 9999-000 | $7,397.19 | | $7,397.19 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.35 | | $7,397.54 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.44 | | $7,397.98 |
| 06/09/2010 | (INT) | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | $0.11 | | $7,398.09 |
| 06/09/2010 | | To Account #**********4166 | In preparation of distribution | 9999-000 | | $7,398.09 | $0.00 |
| | | | **TOTALS:** | | $7,398.09 | $7,398.09 | $0.00 |
| | | | Less: Bank transfers/CDs | | $7,397.19 | $7,398.09 | |
| | | | Subtotal | | $0.90 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.90 | $0.00 | |

| For the period of 3/31/2008 to 10/15/2010 | | For the entire history of the account between 04/06/2010 to 10/15/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.90 | Total Compensable Receipts: | $0.90 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.90 | Total Comp/Non Comp Receipts: | $0.90 |
| Total Internal/Transfer Receipts: | $7,397.19 | Total Internal/Transfer Receipts: | $7,397.19 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $7,398.09 | Total Internal/Transfer Disbursements: | $7,398.09 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-07673 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LORENZEN, STEPHANIE | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******2871 | | Checking Acct #: | ******4166 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 3/31/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/09/2010 | | From Account #**********4165 | In preparation of distribution | 9999-000 | $7,398.09 | | $7,398.09 |
| 06/09/2010 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $79.78, Trustee Expenses; Reference: | 2200-000 | | $79.78 | $7,318.31 |
| 06/09/2010 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $1,489.72, Trustee Compensation; Reference: | 2100-000 | | $1,489.72 | $5,828.59 |
| 06/09/2010 | 103 | Lakelaw | Dividend paid 100.00% on $2,232.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | $2,232.50 | $3,596.09 |
| 06/09/2010 | 104 | Discover Bank/DFS Services LLC | Dividend paid 10.38% on $9,156.61; Claim# 1; Filed: $9,156.61; Reference: | 7100-000 | | $951.09 | $2,645.00 |
| 06/09/2010 | 105 | US Bank/Retail Payment Solutions | Dividend paid 10.38% on $11,730.33; Claim# 4; Filed: $11,730.33; Reference: | 7100-000 | | $1,218.41 | $1,426.59 |
| 06/09/2010 | 106 | American Express Centurion Bank | Dividend paid 10.38% on $13,380.05; Claim# 5; Filed: $13,380.05; Reference: | 7100-000 | | $1,389.77 | $36.82 |
| 06/09/2010 | 107 | Lakeway Place | Dividend paid 10.38% on $354.50; Claim# 6; Filed: $354.50; Reference: | 7100-000 | | $36.82 | $0.00 |
| | | | **TOTALS:** | | $7,398.09 | $7,398.09 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $7,398.09 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $7,398.09 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $7,398.09 | |

**For the period of 3/31/2008 to 10/15/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,398.09 |
| | |
| Total Compensable Disbursements: | $7,398.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,398.09 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/09/2010 to 10/15/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,398.09 |
| | |
| Total Compensable Disbursements: | $7,398.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,398.09 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 08-07673 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LORENZEN, STEPHANIE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******2871 | Money Market Acct #: | ******4165 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Money Market Account |
| For Period Beginning: | 3/31/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2010 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 05/30/2008 | (10) | Stephanie A. Lorenzen | ROTH contribution | 1129-000 | $1,000.00 |  | $1,000.00 |
| 05/30/2008 | (12) | Stephanie A. Lorenzen | Rents from MN property since March 08 for April May and June | 1122-000 | $2,390.32 |  | $3,390.32 |
| 06/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.37 |  | $3,390.69 |
| 07/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.43 |  | $3,391.12 |
| 08/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.40 |  | $3,391.52 |
| 09/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $0.44 |  | $3,391.96 |
| 10/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | $0.36 |  | $3,392.32 |
| 11/28/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | $0.26 |  | $3,392.58 |
| 12/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.24 |  | $3,392.82 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.13 |  | $3,392.95 |
| 02/09/2009 | (11) | Stephanie A. Lorenzen | Proceeds from sale of equity (2003 Passat) | 1129-000 | $4,000.00 |  | $7,392.95 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.22 |  | $7,393.17 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.32 |  | $7,393.49 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.30 |  | $7,393.79 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.29 |  | $7,394.08 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.32 |  | $7,394.40 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.31 |  | $7,394.71 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.31 |  | $7,395.02 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.30 |  | $7,395.32 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.30 |  | $7,395.62 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.31 |  | $7,395.93 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.31 |  | $7,396.24 |
|  |  |  | **SUBTOTALS** |  | **$7,396.24** | **$0.00** |  |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-07673 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LORENZEN, STEPHANIE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******2871 | | Money Market Acct #: | ******4165 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 3/31/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.29 | | $7,396.53 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.28 | | $7,396.81 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.33 | | $7,397.14 |
| 04/06/2010 | | Wire out to BNYM account ********4165 | Wire out to BNYM account ********4165 | 9999-000 | ($7,397.19) | | ($0.05) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.05 | | $0.00 |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | ($7,397.19) | $0.00 | |
| | | | Subtotal | | $7,397.19 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $7,397.19 | $0.00 | |

| For the period of 3/31/2008 to 10/15/2010 | | For the entire history of the account between 05/30/2008 to 10/15/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,397.19 | Total Compensable Receipts: | $7,397.19 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,397.19 | Total Comp/Non Comp Receipts: | $7,397.19 |
| Total Internal/Transfer Receipts: | ($7,397.19) | Total Internal/Transfer Receipts: | ($7,397.19) |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 08-07673 | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | LORENZEN, STEPHANIE | | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******2871 | | | Money Market Acct #: | ******4165 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account |
| For Period Beginning: | 3/31/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $7,398.09 | $7,398.09 | $0.00 |

**For the period of 3/31/2008 to 10/15/2010**

| | |
| --- | --- |
| Total Compensable Receipts: | $7,398.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,398.09 |
| Total Internal/Transfer Receipts: | $7,398.09 |
| | |
| Total Compensable Disbursements: | $7,398.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,398.09 |
| Total Internal/Transfer Disbursements: | $7,398.09 |

**For the entire history of the case between 03/31/2008 to 10/15/2010**

| | |
| --- | --- |
| Total Compensable Receipts: | $7,398.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,398.09 |
| Total Internal/Transfer Receipts: | $7,398.09 |
| | |
| Total Compensable Disbursements: | $7,398.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,398.09 |
| Total Internal/Transfer Disbursements: | $7,398.09 |